IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

**Civil Action No. 10-cv-00486-RPM-CBS**

CURTIS HELDENBRAND,

    Plaintiff,

v.

CANDICE L. MILLER and
CHARLES D. MILLER,

    Defendants.

and

**Civil Action No. 10-cv-00987-ZLW-MEH**

KIMBERLY PENETTA,

    Plaintiff,

v.

CANDICE L. MILLER and
CHARLES D. MILLER,

    Defendants.

---

ORDER FOR CONSOLIDATION

---

Upon consideration of the defendants' motion to consolidate Civil Actions 10-cv-00486-RPM-CBS and 10-cv-00987-ZLW-MEH, it is

ORDERED that these civil actions are consolidated for all purposes and the order of reference to Magistrate Judge Michael E. Hegarty entered on May 6, 2010, in Civil Action No. 10-cv-00987 is vacated and the consolidated actions are referred to

Magistrate Judge Craig B. Shaffer, pursuant to the order of reference entered in Civil Action 10-cv-00486-RPM on March 4, 2010.

Dated: June 9th, 2010

BY THE COURT:

Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge